Certificate Number: 15322-NJ-DE-038074987

Bankruptcy Case Number: 23-21005



15322-NJ-DE-038074987

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 6, 2024</u>, at <u>6:02</u> o'clock <u>AM CST</u>, <u>Maciver Addaquay</u> completed a course on personal financial management given <u>by internet</u> by <u>1$ Wiser Consumer Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>January 6, 2024</u>

By:  <u>/s/Richard Reibeling</u>

Name:  <u>Richard Reibeling</u>

Title:  <u>Certified Credit Counselor</u>