| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
### Chapter 13 Case No. 23-21005 / MBK

Maciver E Addaquay

Petition Filed Date: 11/28/2023
341 Hearing Date: 12/28/2023
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/26/2023 | $1,000.00 | | | | | | | |

**Total Receipts for the Period: $1,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Maciver E Addaquay | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | David G. Beslow, Esq. | Attorney Fees | $2,250.00 | $0.00 | $2,250.00 |

No Disbursements: No Check

### SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,000.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $1,000.00 |
| Paid to Trustee: | $83.00 | Arrearages: | $1,000.00 |
| Funds on Hand: | $917.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!
Visit www.TFSBillPay.com for more information.**

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.

