| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Citibank, N.A., as trustee for Chase Funding<br>Mortgage Loan Asset-Backed Certificates, Series 2003-2 | |
| In Re:<br><br>Maciver A. Addaquay,<br><br>Debtor. | Case No.: __23-21005-MBK__<br><br>Chapter: __13__<br><br>Hearing Date: __02/14/2024__<br><br>Judge: __Kaplan__ |

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 15)

_____

Date: 02/08/2024                                 /s/ Denise Carlon
                                                 Signature

*rev.8/1/15*