Order Filed on February 20, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Movant: Citibank, N.A.,<br>as Trustee for Chase Funding Mortgage Loan<br>Asset-Backed Certificates, Series 2003-2 | |
| In Re:<br><br>Maciver E Addaquay,<br><br>Debtor | Case No.: 23-21005 MBK<br><br>Hearing Date: 2/14/2024 @ 10:00 a.m.<br><br>Judge: Michael B. Kaplan |

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: February 20, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor:     Maciver E Addaquay
Case No.:   23-21005 MBK
Caption:    **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Citibank, N.A., as Trustee for Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2003-2, holder of a first mortgage on real property located at 133 Arthur Ave, Colonia, NJ, 07067, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and David G. Beslow, Esquire, attorney for Debtor, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtors agree Secured Creditor's claim will be paid as follows: Chapter 13 Trustee to make payment to Secured Creditor per the terms of the plan while the sale/relief is pending and the balance of the amount due shall be paid via the sale or refinance of the subject property within 12 months from the date of the confirming order; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the payoff amount shall be calculated pursuant to applicable law good through the date of the sale or refinance closing; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that should the sale or refinance fail, Debtor shall amend the plan to otherwise address the claim of secured creditor; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that for the duration of Debtor's Chapter 13 bankruptcy proceeding, Debtor shall pay all post-petition escrow items directly, including but not limited to property taxes and insurance, and if Debtors do not maintain these payments, Secured Creditor can advance for these items and/or seek relief from this Court by filing a certification of default; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that nothing herein shall be construed as a modification of any term of the note and mortgage other than what is explicitly set forth herein; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.