Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−21005−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maciver E Addaquay
   133 Arthur Avenue
   Colonia, NJ 07067

Social Security No.:
   xxx−xx−7098

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 20, 2024.

Dated: February 20, 2024
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-21005-MBK |
| Maciver E Addaquay | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 20, 2024 | Form ID: plncf13 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maciver E Addaquay, 133 Arthur Avenue, Colonia, NJ 07067-1359 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 20 2024 23:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 20 2024 23:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520094955 | + | Email/Text: bankruptcy@sccompanies.com | Feb 20 2024 23:27:00 | Ashro, 3650 Milwaukee St, Madison, WI 53714-2304 |
| 520094954 | + | Email/Text: bankruptcy@sccompanies.com | Feb 20 2024 23:27:00 | Ashro, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 520094957 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 20 2024 23:24:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 520094956 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 20 2024 23:24:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520094958 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 20 2024 23:31:01 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520094960 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 20 2024 23:41:45 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 520101671 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 20 2024 23:41:39 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520156451 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 20 2024 23:41:37 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 520156447 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 20 2024 23:27:00 | Citibank, N.A., as Trustee at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520094963 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 20 2024 23:26:00 | Comenity Bank/Ashley Stewart, Po Box 182789, Columbus, OH 43218-2789 |
| 520094962 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 20 2024 23:26:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520094969 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 20 2024 23:53:42 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 520094964 | | Email/Text: bankruptcycourts@equifax.com | Feb 20 2024 23:25:00 | Equifax, P.O. Box 740241, Atlanta, GA |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 20, 2024 | Form ID: plncf13 | Total Noticed: 33 |

| Recip ID | | Notice Type | Timestamp | Name and Address |
|---|---|---|---|---|
| | | | | 30374-0241 |
| 520094965 | | Email/Text: bankruptcycourts@equifax.com | Feb 20 2024 23:25:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 520094966 | ^ | MEBN | Feb 20 2024 23:14:32 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 520094967 | ^ | MEBN | Feb 20 2024 23:15:10 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 520094968 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 20 2024 23:25:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520094970 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 20 2024 23:31:04 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 520094971 | + | Email/PDF: pa_dc_claims@navient.com | Feb 20 2024 23:41:36 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 520094972 | + | Email/PDF: pa_dc_claims@navient.com | Feb 20 2024 23:41:44 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 520094973 | + | Email/Text: BKEBN-Notifications@ocwen.com | Feb 20 2024 23:24:00 | Ocwen Loan Servicing, LLC, Attn: Bankruptcy, 1661 Worthington Rd, Ste 100, West Palm Beach, FL 33409-6493 |
| 520094974 | + | Email/Text: BKEBN-Notifications@ocwen.com | Feb 20 2024 23:24:00 | Ocwen Loan Servicing, LLC, 1661 Worthington Rd, West Palm Beach, FL 33409-6493 |
| 520094977 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 20 2024 23:24:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520094975 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 20 2024 23:27:00 | Select Portfolio Service, 3815 South West Temple Street, Salt Lake City, UT 84115 |
| 520094976 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 20 2024 23:27:00 | Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 520094979 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2024 23:30:56 | Synchrony Bank/JCPenney, Po Box 71729, Philadelphia, PA 19176-1729 |
| 520094978 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2024 23:30:45 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520094980 | + | Email/Text: bernadette.wroblak@twp.woodbridge.nj.us | Feb 20 2024 23:27:00 | Township of Woodbridge, Tax Assessor, 1 Main Street, Woodbridge, NJ 07095-3352 |
| 520094981 | ^ | MEBN | Feb 20 2024 23:15:26 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 520094982 | ^ | MEBN | Feb 20 2024 23:15:33 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520094959 | *+ | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520094961 | * | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Feb 20, 2024 | Form ID: plncf13 | Total Noticed: 33

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| David G. Beslow | on behalf of Debtor Maciver E Addaquay yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor Citibank  N.A., as Trustee for Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2003-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4