| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 23-21005 / MEH**

Maciver E Addaquay

Petition Filed Date: 11/28/2023
341 Hearing Date: 12/28/2023
Confirmation Date: 02/14/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/29/2024 | $1,000.00 | | 02/22/2024 | $1,000.00 | | 04/01/2024 | $1,000.00 | |
| 05/03/2024 | $1,000.00 | | 06/03/2024 | $1,000.00 | | 07/03/2024 | $1,000.00 | |
| 07/31/2024 | $1,000.00 | | 09/03/2024 | $1,000.00 | | 09/30/2024 | $1,000.00 | |
| 10/22/2024 | $1,000.00 | | 12/05/2024 | $1,000.00 | | 12/30/2024 | $1,000.00 | |

**Total Receipts for the Period: $12,000.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $13,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Maciver E Addaquay | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | David G. Beslow, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,250.00 | $2,250.00 | $0.00 |
| 1 | CAPITAL ONE AUTO FINANCE<br>»» 2023 NISSAN KICKS | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | CITIBANK, NA<br>»» P/133 ARTHUR AVE/1ST MTG/ORDER 2/20/24 | Mortgage Arrears | $230,886.66 | $8,101.00 | $222,785.66 |

**Chapter 13 Case No. 23-21005 / MEH**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,000.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $10,351.00 | Current Monthly Payment: | $1,000.00 |
| Paid to Trustee: | $819.00 | Arrearages: | $1,000.00 |
| Funds on Hand: | $1,830.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

