UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDMAN & BESLOW LLC
Attorneys at Law
7 Glenwood Avenue
Suite 311b
East Orange, New Jersey 07017
(973) 677-9000 (phone)
(973) 675-5886 (fax)
David G. Beslow, Esq. DGB-5300
Attorney for Debtor, Maciver E Addaquay

In Re:

MACIVER E ADDAQUAY

Case No.:  23-21005
Judge:  MEH
Chapter:  13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.  ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

    A hearing has been scheduled for _____, at _____.

    ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for __March 26, 2025__, at __9:00 a.m__.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2.  I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
I have prepared a modified plan seeking an extension of time to refinance my property. I am completely current with my Chapter 13 plan payments, having paid $15,000 to the Trustee since filing this bankruptcy case. I will make the March 2025 Trustee payment in the ordinary course and will continue all ongoing Trustee payments in a timely manner until I refinance and pay off my case in full.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: March 11, 2025                                   /s/ Maciver E Addaquay
                                                        Debtor's Signature

Date: 3/11/25                                           Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*