Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−21005−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maciver E Addaquay
   133 Arthur Avenue
   Colonia, NJ 07067

Social Security No.:
   xxx−xx−7098

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 20, 2024.

On March 11, 2025 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Mark Edward Hall on:

Date:             April 16, 2025
Time:             10:00 AM
Location:         Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
   a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
   of a secure claim, such holders acceptance or rejection of the Plan before modification will
   be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
   holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
   the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 12, 2025
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Maciver E Addaquay  
    Debtor

Case No. 23-21005-MEH  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Mar 12, 2025      Form ID: 185      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maciver E Addaquay, 133 Arthur Avenue, Colonia, NJ 07067-1359 |
| 520381892 | + | Port Authority of New York and New Jersey, c/o Peter C. Merani, PC, 1001 Avenue of the Americas, Suite 1800, New York, NY 10018-5515 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 12 2025 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 12 2025 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520094955 | + | Email/Text: bankruptcy@sccompanies.com | Mar 12 2025 21:03:00 | Ashro, 3650 Milwaukee St, Madison, WI 53714-2304 |
| 520094954 | + | Email/Text: bankruptcy@sccompanies.com | Mar 12 2025 21:03:00 | Ashro, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 520094957 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 12 2025 21:02:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 520094956 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 12 2025 21:02:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520094958 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 12 2025 21:12:23 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520094960 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 12 2025 21:34:25 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 520101671 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 12 2025 21:34:24 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520156451 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 12 2025 21:34:28 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 520156447 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 12 2025 21:03:00 | Citibank, N.A., as Trustee at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520094963 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 12 2025 21:03:00 | Comenity Bank/Ashley Stewart, Po Box 182789, Columbus, OH 43218-2789 |
| 520094962 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 12 2025 21:03:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520094969 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 12 2025 22:31:48 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |

Case 23-21005-MEH    Doc 39    Filed 03/14/25    Entered 03/15/25 00:15:47    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 12, 2025 | Form ID: 185 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520094964 | | Email/Text: bankruptcycourts@equifax.com | Mar 12 2025 21:02:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 520094965 | | Email/Text: bankruptcycourts@equifax.com | Mar 12 2025 21:02:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 520094966 | ^ | MEBN | Mar 12 2025 21:00:16 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 520094967 | ^ | MEBN | Mar 12 2025 20:59:42 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 520094968 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 12 2025 21:02:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520094970 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 12 2025 21:36:09 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 520094971 | + | Email/PDF: bankruptcy_prod@navient.com | Mar 12 2025 21:35:39 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 520094972 | + | Email/PDF: bankruptcy_prod@navient.com | Mar 12 2025 21:12:15 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 520094973 | + | Email/Text: BKEBN-Notifications@ocwen.com | Mar 12 2025 21:02:00 | Ocwen Loan Servicing, LLC, Attn: Bankruptcy, 1661 Worthington Rd, Ste 100, West Palm Beach, FL 33409-6493 |
| 520094974 | + | Email/Text: BKEBN-Notifications@ocwen.com | Mar 12 2025 21:02:00 | Ocwen Loan Servicing, LLC, 1661 Worthington Rd, West Palm Beach, FL 33409-6493 |
| 520094977 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 12 2025 21:02:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520094975 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 12 2025 21:03:00 | Select Portfolio Service, 3815 South West Temple Street, Salt Lake City, UT 84115 |
| 520094976 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 12 2025 21:03:00 | Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 520094979 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 12 2025 21:11:47 | Synchrony Bank/JCPenney, Po Box 71729, Philadelphia, PA 19176-1729 |
| 520094978 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 12 2025 21:34:24 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520094980 | + | Email/Text: bernadette.wroblak@twp.woodbridge.nj.us | Mar 12 2025 21:03:00 | Township of Woodbridge, Tax Assessor, 1 Main Street, Woodbridge, NJ 07095-3352 |
| 520094981 | ^ | MEBN | Mar 12 2025 20:59:51 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 520094982 | ^ | MEBN | Mar 12 2025 20:59:59 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |

TOTAL: 32

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520094959 | *+ | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520094961 | * | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| David G. Beslow | on behalf of Debtor Maciver E Addaquay yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor Citibank  N.A., as Trustee for Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2003-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5