Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 23−21005−MEH
        Chapter: 13
        Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maciver E Addaquay
   133 Arthur Avenue
   Colonia, NJ 07067

Social Security No.:
   xxx−xx−7098

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 17, 2025.

Dated: April 17, 2025
JAN: llb

        Jeanne Naughton
        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-21005-MEH

Maciver E Addaquay  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 3
Date Rcvd: Apr 17, 2025  Form ID: plncf13  Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maciver E Addaquay, 133 Arthur Avenue, Colonia, NJ 07067-1359 |
| 520381892 | + | Port Authority of New York and New Jersey, c/o Peter C. Merani, PC, 1001 Avenue of the Americas, Suite 1800, New York, NY 10018-5515 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 17 2025 22:02:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 17 2025 22:02:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520094955 | + | Email/Text: bankruptcy@sccompanies.com | Apr 17 2025 22:03:00 | Ashro, 3650 Milwaukee St, Madison, WI 53714-2304 |
| 520094954 | + | Email/Text: bankruptcy@sccompanies.com | Apr 17 2025 22:03:00 | Ashro, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 520094957 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 17 2025 22:00:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 520094956 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 17 2025 22:00:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520094958 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 17 2025 22:21:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520094960 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 17 2025 22:31:39 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 520101671 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 17 2025 22:08:15 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520156451 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 17 2025 22:08:19 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 520156447 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 17 2025 22:02:00 | Citibank, N.A., as Trustee at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520094963 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 17 2025 22:02:00 | Comenity Bank/Ashley Stewart, Po Box 182789, Columbus, OH 43218-2789 |
| 520094962 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 17 2025 22:02:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520094969 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2025 22:21:11 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |

Case 23-21005-MEH    Doc 44    Filed 04/19/25    Entered 04/20/25 00:17:12    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 17, 2025 | Form ID: plncf13 | Total Noticed: 34 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520094964 | | Email/Text: bankruptcycourts@equifax.com | Apr 17 2025 22:01:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 520094965 | | Email/Text: bankruptcycourts@equifax.com | Apr 17 2025 22:01:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 520094966 | ^ | MEBN | Apr 17 2025 22:00:43 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 520094967 | ^ | MEBN | Apr 17 2025 21:58:59 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 520094968 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 17 2025 22:01:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520094970 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2025 22:21:00 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 520094971 | + | Email/PDF: bankruptcy_prod@navient.com | Apr 17 2025 22:09:51 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 520094972 | + | Email/PDF: bankruptcy_prod@navient.com | Apr 17 2025 22:21:02 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 520094973 | + | Email/Text: BKEBN-Notifications@ocwen.com | Apr 17 2025 22:01:00 | Ocwen Loan Servicing, LLC, Attn: Bankruptcy, 1661 Worthington Rd, Ste 100, West Palm Beach, FL 33409-6493 |
| 520094974 | + | Email/Text: BKEBN-Notifications@ocwen.com | Apr 17 2025 22:01:00 | Ocwen Loan Servicing, LLC, 1661 Worthington Rd, West Palm Beach, FL 33409-6493 |
| 520094977 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 17 2025 22:01:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520094975 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 17 2025 22:02:00 | Select Portfolio Service, 3815 South West Temple Street, Salt Lake City, UT 84115 |
| 520094976 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 17 2025 22:02:00 | Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 520094979 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 17 2025 22:21:24 | Synchrony Bank/JCPenney, Po Box 71729, Philadelphia, PA 19176-1729 |
| 520094978 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 17 2025 22:21:05 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520094980 | + | Email/Text: bernadette.wroblak@twp.woodbridge.nj.us | Apr 17 2025 22:02:00 | Township of Woodbridge, Tax Assessor, 1 Main Street, Woodbridge, NJ 07095-3352 |
| 520094981 | ^ | MEBN | Apr 17 2025 21:59:23 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 520094982 | ^ | MEBN | Apr 17 2025 21:59:40 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |

TOTAL: 32

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520094959 | *+ | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520094961 | * | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 23-21005-MEH   Doc 44   Filed 04/19/25   Entered 04/20/25 00:17:12   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 17, 2025 | Form ID: plncf13 | Total Noticed: 34 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2025          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| David G. Beslow | on behalf of Debtor Maciver E Addaquay yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor Citibank  N.A., as Trustee for Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2003-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5