Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 23-21005 / MEH**

Maciver E Addaquay

Petition Filed Date: 11/28/2023
341 Hearing Date: 12/28/2023
Confirmation Date: 02/14/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/03/2025 | $1,000.00 | | 03/03/2025 | $1,000.00 | | 03/24/2025 | $1,000.00 | |
| 05/02/2025 | $1,000.00 | | 05/20/2025 | $1,000.00 | | 06/23/2025 | $1,000.00 | |
| 07/30/2025 | $1,000.00 | | 08/18/2025 | $1,000.00 | | 09/26/2025 | $1,000.00 | |
| 10/24/2025 | $1,000.00 | | 11/25/2025 | $1,000.00 | | 12/15/2025 | $1,000.00 | |
| 01/22/2026 | $1,000.00 | | 02/17/2026 | $1,000.00 | | | | |

**Total Receipts for the Period: $14,000.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $27,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Maciver E Addaquay | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | David G. Beslow, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,250.00 | $2,250.00 | $0.00 |
| 1 | CAPITAL ONE AUTO FINANCE<br>»» 2023 NISSAN KICKS | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | CITIBANK, NA<br>»» P/133 ARTHUR AVE/1ST MTG | Mortgage Arrears | $230,863.66 | $20,944.00 | $209,919.66 |

**Chapter 13 Case No. 23-21005 / MEH**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,000.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $23,194.00 | Current Monthly Payment: | $1,000.00 |
| Paid to Trustee: | $1,954.00 | Arrearages: | $0.00 |
| Funds on Hand: | $1,852.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**