| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>GOLDMAN & BESLOW, LLC<br>Attorneys At Law<br>7 Glenwood Avenue, Suite 311B<br>East Orange, NJ 07017<br>(973) 677-9000<br><br>David G. Beslow, Esq., #DGB-5300 | Case No.: 23-21005<br><br>Chapter: 13 |
| In Re:<br>Maciver Addaquay,<br>Debtor | Adv. No.: Click or tap here to enter text.<br><br>Hearing Date: October 22, 2026 at 10:00 a.m.<br><br>Judge: EJO |

## CERTIFICATION OF SERVICE

1. I, Candace N. Daniel:

   ☐ represent _______________ in this matter.

   ☒ am the secretary/paralegal for David G. Beslow, who represents Debtor in this matter.

   ☐ am the ____________________ in this case and am representing myself.

2. On October 13, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   1. Notice Of Motion For Approval Of Post Petition Financing (Refinance)
   2. Debtor's Certification In Support Of Motion For Approval Of Post Petition
   3. Exhibit(s)
   4. Proposed Order
   5. Application For Order Shortening Time
   6. Order Shortening Time Period Notice

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 10/13/2026

/s/Candace N. Daniel
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo, Esq.<br>1 AAA Drive Suite 101<br>Robbinsville, NJ 08691 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Maciver E.<br>Addaquay<br>133 Arthur<br>Avenue<br>Colonia, NJ<br>07067 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other E-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Matthew Fisse, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other E-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Citibank, N.A., as Trustee at. el<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City UT 84165<br><br>ATTN: TO AN OFFICER, MANAGING OR GENERAL AGENT OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR BY LAW TO RECEIVE SERVICE OF PROCESS | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other E-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Amitkumar Sharma<br>Capital One, N.A.<br>AIS Portfolio Services, LLC | Creditor | ☐ Hand-delivered<br>☒ Regular mail |

| | | |
|---|---|---|
| 4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | | ☐ Certified mail/RR<br>☒ Other E-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Capital One Auto Finance, a division of Capital One, N.A. c/o<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe<br>Ave. Dept. APS<br>Oklahoma City,<br>OK 73118 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other E-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Paul N. Terruso<br>2003 Lower State Road, Suite 322<br>Doylestown, PA 18901 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other E-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*