UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Suite 311B
East Orange, NJ 07017
(973) 677-9000
Attorneys for Debtor, MacIver Addaquay
David G. Beslow, Esq. #DGB-5300

**Order Filed on October 22, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

MACIVER ADDAQUAY

Case No.: 23-21005

Chapter: 13

Hearing Date: 10/22/2026

Judge: EJO

**ORDER APPROVING POST-PETITION FINANCING**

The relief set forth on the following pages, numbered two (2) through three (3), is **ORDERED**.

**DATED: October 22, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

THIS MATTER having come before the Court on the debtor's Motion to Approve Post-Petition Financing, and the Court having considered the debtor's motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order, it is hereby

ORDERED that the debtor(s) be and hereby are allowed to refinance real property located at 133 Arthur Avenue, Colonia, NJ 07067 pursuant to the terms outlined in the debtor's certification in support of the refinancing motion; and it is further

ORDERED that from the funds received in connection with the refinance, all liens on the property shall be paid in full, at closing; and it is further

ORDERED that debtor(s) are authorized to pay the usual and necessary costs and expenses of settlement; and it is further

ORDERED that the debtor shall:

☒ Satisfy all Plan obligations from financing proceeds

☐ Continue to make payments under the Plan as proposed or confirmed

☐ Modify the Plan as follows:

ORDERED that debtor's counsel shall be allowed a legal fee of $ TBD for representation in connection with this motion, which is to be paid (**choose one**):

☒ at closing ☐ through the plan ☐ outside the plan;

and it is further

ORDERED that the chapter 13 trustee shall be provided with a copy of the HUD-1 settlement statement within seven (7) days of the closing of the refinance; and it is further

ORDERED that Fed. R. Bankr. P. 6004(h), which provides for a 14 day stay of this order,

❑ is applicable ☒ is not applicable

ORDERED that the following other provisions apply:

*rev.1/12/22*